UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07-CR-322-FL

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO SEAL |
| MCKINLEY SHONDELL JONES | |

On motion of the Defendant, McKinley Shondell Jones, and for good cause shown, it is hereby ORDERED that DE 114 be sealed until further notice by this Court.

IT IS SO ORDERED.

This __9th__ day of ___September___, 2019.

_____
LOUISE WOOD FLANAGAN
United States District Judge